UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**AMERICAN TRANSIT INSURANCE COMPANY, ET AL.,**

        **Plaintiffs,**

-against-

**ALLBODY HEALING SUPPLIES LLC, ET AL.,**

        **Defendants.**

22-cv-5200 (DLI)(SJB)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5.

Dated: October 14, 2022
      New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By:   /s/ Lee Pinzow
     Robert A. Stern, Esq.
     James A. McKenney, Esq.
     Lee Pinzow, Esq.
     *Counsel for Plaintiff*
     Wall Street Plaza
     88 Pine Street, Suite 1900
     New York, New York 10005